# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Mike,<br><br>        Plaintiff,<br><br>v.<br><br>Collette Peters, et al.,<br><br>        Defendants. | NO. CV-23-01311-PHX-DJH (CDB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 14, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice for failure to prosecute.

                                                          Debra D. Lucas
                                                          District Court Executive/Clerk of Court

August 14, 2023

                                                          s/ W. Poth
                                                 By    Deputy Clerk